E-Filing

# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-0283-05 JSW |
| vs. ) | |
| RODOLFO UGALDE BRIOSOS ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____February 28, 2006_____ be continued until _____April 13, 2006_____ at _____2:30 p.m._____.

Date: FEB 2 1 2006

The Honorable Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04